JS-6

SUZANNE M. HANKINS (State Bar No. 157837)
smh@severson.com
JARLATH M. CURRAN, II (State Bar No. 239352)
jmc@severson.com
ARTIN BETPERA (State Bar No. 244477)
ab@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A.; HSBC BANK USA, NATIONAL ASSOCIATION as Trustee for Lehman Mortgage Trust, Mortgage Pass-Through Certificates, Series 2006-7 (sued herein as HSBC BANK USA, NATIONAL ASSOCIATION); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM GORMAN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; HSBC BANK USA, NATIONAL ASSOCIATION; CIT GROUP/CONSUMER FINANCE INC.; BARRETT DAFFIN FRAPIER TREDER & WEISS, LLP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendant. | Case No. 2:15-cv-00194-JFW (JCx)<br>Hon. John F. Walter<br>Ctrm. 16 – Spring Street<br><br>**JOINT JUDGMENT**<br><br><br><br>Action Filed:  November 3, 2014<br>FAC Filed:      February 6, 2015 |

55000.1429/5342117.1

1  On September 25, 2015, Defendant Wells Fargo Bank, N.A. ("Wells Fargo")
2 filed a Motion for Summary Judgment, or, in the Alternative, Partial Summary
3 Judgment. On October 6, 2015, Plaintiff William E. Gorman filed his Opposition.
4 On October 9, 2015, Wells Fargo filed a Reply.
5  On October 20, 2015, the Court GRANTED Wells Fargo's Motion for
6 Summary Judgment . Pursuant to Rule 78 of the Federal Rules of Civil Procedure
7 and Local Rule 7-15, the Court found this matter appropriate for decision without
8 oral argument.
9  Therefore, it is hereby ORDERED, ADJUDGED AND DECREED THAT
10 Plaintiff WILLIAM GORMAN take nothing, that the action be dismissed on the
11 merits, and that defendant WELLS FARGO BANK, N.A. recover its costs.

13 IT IS SO ORDERED.

15 DATED:  October 23, 2015

Hon. John F. Walters